UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
Joseph Gigantino,
       Plaintiff

against-

Turner Construction Company, et al
       Defendant
-----------------------------------------------------------X

**ORDER**
14-CV-03619 (RRM) (RER)

Upon consent of the parties, it is hereby ORDERED as follows:

1. Defendants shall answer or otherwise move with respect to the complaint by __N/A__.

2. No additional parties may be joined after __10/24/14__.

3. No amendment of the pleadings will be permitted after __10/24/14__.

4. Date for completion of automatic disclosures required by Rule 26(a) (1) of the Federal Rules of Civil Procedure, if not yet made: __10/17/14__.

5. The parties shall make required Rule 26(a) (2) disclosures with respect to:
    Fact discovery  1/30/15
    (a)   Expert witnesses on or before __2/25/15__.

    (b)   Rebuttal expert witnesses on or before __3/6/15__.

6. All discovery, including depositions of experts, shall be completed on or before __3/27/15__ (Generally, this date must be no later than 6 months after the initial conference).

7. Pre-motion letters regarding proposed dispositive motions must be submitted within two (2) weeks following the close of discovery.

8. Do the parties consent to trial before a magistrate judge pursuant to 28 U.S.C.§636(c)?

No __X__ (Do not indicating which party has declined.)   Yes _____ (Fill out the *AO 85 (Rev. 01/09) Notice, Consent, and Reference of a Civil Action to a Magistrate Judge* Form).

The form can be accessed at the following link: http://www.uscourts.gov/uscourts/FormsAndFees/Forms/AO085.pdf.

9. A ~~Telephone Conference set for~~ _____, ~~to be initiated~~ by
   ~~Plaintiff or Defendant (Circle one).~~
   * ~~(The Court will schedule the conference listed above.)~~

10. Status Conference will be held on __1/14/15 @ 10:30__
    * (The Court will schedule the conference listed above)

11. A Final Pre-trial conference will be held on __4/1/15 @ 10:30 am__
    *(The Court will schedule the conference listed above.)

12. This scheduling order may be altered or amended upon a showing of good cause not foreseeable at the date hereof.

Dated: Brooklyn, New York
       __9/24/14__, 2014

                                    _____
                                    RAMON E. REYES, JR.
                                    UNITED STATES MAGISTRATE JUDGE

CONSENTED TO:

                                    _____
                                    NAME  ANDREW J. MALONEY
                                    Attorney for Plaintiff
                                    ADDRESS  KREINDLER & KREINDLER
                                             750 Third Ave
                                             NYC, NY 10017
                                    E-mail: AMaloney@Kreindler.com
                                    Tel.: 212-973-3438
                                    Fax: 212-972-9432

                                    _____
                                    NAME Laura Martin
                                    Attorney for Defendant
                                    ADDRESS 11 Martine Ave. White Plains, NY 10606
                                    E-mail: lmartin@goldbergsegalla.com
                                    Tel.: 914-798-5479
                                    Fax: 914-798-5401