**GOLDBERG SEGALLA**LLP

Laura Ashley Martin | Partner
Direct 914.798.5479 | lmartin@goldbergsegalla.com

January 14, 2015

**Via ECF**

The Honorable Ramon E. Reyes, Jr.
United States District Court
Eastern District of New York
225 Cadman Plaza East, Rm. N208
Brooklyn, New York 11201

   Re: *Gigantino v. Turner Construction, et al.*
      Civil No. 14-3619
      GS File No. 4106.0008

Dear Judge Reyes,

  We represent Defendants Turner Construction Company and Delta Airlines, Inc. (hereinafter "Defendants") in the above-referenced Labor Law matter. We submit this joint letter on behalf of all parties requesting a modification of the current scheduling order pursuant to the recent conference call with the Court.

  The parties respectfully request that the scheduling order be modified as follows:

- Liability fact discovery, including the parties' depositions, shall be completed on or before March 6, 2015.
- Plaintiff's liability expert(s) witness disclosures are due on or before March 20, 2015.
- Plaintiff's liability expert(s) depositions shall be completed on or before April 3, 2015.
- Defendants' liability expert(s) witness disclosures are due on or before April 17, 2015.
- Defendants' liability expert(s) depositions shall be completed on or before May 1, 2015.
- Liability discovery shall be completed on or before May 8, 2015.
- A status conference with the Court will be held on _____.
- All discovery shall be completed on or before _____.

We are available at the Court's convenience to discuss this matter further.

          Respectfully submitted,
          Goldberg Segalla LLP

          Laura Ashley Martin

11 Martine Avenue, Suite 750 | White Plains, New York 10606-1934 | 914.798.5400 | Fax 914.798.5401 | www.GoldbergSegalla.com
NEW YORK | LONDON | PHILADELPHIA | PRINCETON | HARTFORD | BUFFALO | ROCHESTER | SYRACUSE | ALBANY | WHITE PLAINS | GARDEN CITY
3403530.1

LAM

CC: Michael S. Fabiani, Esq. (via ECF)
Kreindler & Kreindler, LLP
750 Third Avenue
New York, NY 10017

3403530.1