UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
JOSEPH GIGANTINO,                                    Index No.: 14-CV-3619

               Plaintiff,

     -against-

TURNER CONSTRUCTION COMPANY and
DELTA AIRLINES, INC.,

               Defendants.
-------------------------------------------------------------------X

### NOTICE OF MOTION FOR RECONSIDERATION

| | |
|---|---|
| **MOTION BY:** | Defendants Turner Construction Company and Delta Airlines, Inc. |
| **DATE, TIME AND PLACE OF HEARING:** | Oral argument date to be set: United States District Court, Eastern District of New York |
| **SUPPORTING PAPERS:** | Affirmation of William G. Kelly, Esq., with attached exhibits, Memorandum of Law, and all prior pleadings and proceedings. |
| **RELIEF DEMANDED:** | (1) Pursuant to Local Rule 6.3 for Reconsideration and upon Reconsideration, under Federal Rules of Civil Practice Rule 56 for Summary Judgment Dismissing Plaintiff's complaint; and |
| | (2) For such other and further relief as this Court may deem just and proper. |

Dated: White Plains, New York
       October 3, 2016

                                  GOLDBERG SEGALLA, LLP


                                  By:   /s/ William G. Kelly
                                  William G. Kelly, Esq.
                                  Attorneys for Defendants
                                  11 Martine Avenue, Suite 750
                                  White Plains, New York 10606-1934
                                  (914) 798-5400

5595213.1

File #: 4106.0008

TO: Andrew J. Maloney, III, Esq. (via ECF)
Kreindler & Kreindler, LLP
750 Third Avenue
New York, NY 10017

5595213.1