UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
JOSEPH GIGANTINO,                                          Index No.: 14-CV-3619

        Plaintiff,

    -against-

TURNER CONSTRUCTION COMPANY and
DELTA AIRLINES, INC.,

        Defendants.
-----------------------------------------------------------------------X

## DECLARATION OF WILLIAM G. KELLY IN SUPPORT OF DEFENDANTS' MOTION FOR RECONSIDERATION

William G. Kelly, pursuant to 28 U.S.C. 1746, declares the following:

1.     I am a member of Goldberg Segalla LLP, attorneys for the Defendants, TURNER CONSTRUCTION COMPANY and DELTA AIRLINES, INC., and am fully familiar with the facts herein. I am an attorney licensed in the State of New York and I am admitted to this Court. I submit this declaration in support of the Defendants' Motion for Reconsideration.

**Exhibits**

2.     Attached as Exhibit A is a true and correct copy of the Court's decision and Order issued on September 19, 2016.

Executed this 3rd day of October, 2016.

                                                                        /s/ William G. Kelly
                                                                       William G. Kelly, Esq.

TO:    Andrew J. Maloney, III, Esq. (via ECF)
         Kreindler & Kreindler, LLP
         750 Third Avenue
         New York, NY 10017