

GOLDBERG SEGALLA LLP

Ashley DeVito | Associate
Direct 914.798.5438  agrater@goldbergsegalla.com

November 8, 2016

<u>Via ECF</u>
The Honorable Ramon E. Reyes, Jr.
United States District Court
Eastern District of New York
225 Cadman Plaza East, Rm. N208
Brooklyn, New York 11201

      Re:    *Gigantino v. Turner Construction, et al.*
             Civil No. 14-3619
             <u>GS File No. 4106.0008</u>

Dear Judge Reyes,

We represent Defendants Turner Construction Company and Delta Airlines, Inc. (hereinafter "Defendants") in the above-referenced action  We submit this joint letter on behalf of all parties proposing the below discovery scheduling order pursuant to the recent conference with the Court.

The parties respectfully request the following discovery order:

- Plaintiff to provide authorizations to Defendants  by November 24, 2016.
- Plaintiff's deposition regarding damages to be held on or before January 19, 2017;
- Independent medical examinations to be held on or before February 19, 2017;
- Plaintiff's damage expert(s) witness disclosures including treating physicians and any other experts retained, are due on or before February 1, 2017.
- Plaintiff's damage expert(s) depositions shall be completed on or before March 1, 2017;
- Defendants' damage expert(s) witness disclosure are due on or before March 16, 2017;
- Defendants' damage expert(s) depositions shall be completed on or before April 17, 2017.
- Parties to file a joint pre-trial order no later than May 17, 2017.

We are available at the Court's convenience to discuss this matter further.

Respectfully submitted,
Goldberg Segalla LLP

Ashley DeVito

/ATD

CC:    Michael S. Fabiani, Esq. (via ECF)
         Kreindler & Kreindler, LLP
         750 Third Avenue
         New York, NY 10017

11 Martine Avenue, Suite 750 | White Plains, New York 10606-1934 | 914.798.5400 | Fax 914.798.5401 | www.GoldbergSegalla.com
NEW YORK | LONDON | PHILADELPHIA | PRINCETON | HARTFORD | BUFFALO | ROCHESTER | SYRACUSE | ALBANY | WHITE PLAINS | GARDEN CITY
5772961.1